FILED
03/18/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Ronald T Wooten

vs

(Full name of defendant(s))

Kenton Hughes
Peace of Mind Pest Control

Case Number:

1:22-cv-00545-RLY-DLP

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
(State)

1000 Van Nuys RD, New Castle, In 47362
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Kenton Hughes, and Peace of Mind Pest Control
(Name)

Complaint - 1

is (if a person or private corporation) a citizen of _Indiana_
(State, if known)

and (if a person) resides at _2530 E 450 N, Anderson, In 46012_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Peace of mind Pest Control, 2530 E. 450 N. Anderson, IN 46012_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Defendant Being The Sole owner of peace of mind Pest Control has a conviction in California for Assault and Drug charges, On or about 7-21-22 Mr Keaton Hughes had Me at his Place of Business I.E. Place of Residence While in his garage He Beat Me in The head and face With a Black Glock 9 Pistol Also Threatening me with said pistol

He Also Forced Me into a truck Where I was taken to Marion Indiana, Grant County. I was Held Hostage For a total of 5 Day's That Monday I was able to escape I did not Contact No one at that Time as I was Trying to stay under The Rader as Mr. Hughes stated Many times he has people that will get me and he wants me dead I do have plans on Filing charges on Mr Hughes As well For Kidnapping, threat By force, Attempted Murder, Battery With Serious Harm, Battery With a Fire Arm, Theft, Please See Memorandum excluded as Well Notice of Intent That I did Send Mr Hughes.

"Copy"

Mr Kenton Hughes and Peace of Mind Pest Control

To: Whom it May Concern
From: Ronald T Wooten
Subject: Lawsuit and Possible Criminal Charges
Please Notice I have a Copy of This!!!

Hello! I am Writing to inform you of my plan's and intentions in this letter.

Now Comes the Petitioner Ronald T Wooten "in Proise" and does Respectfully Notify The Respondant Named Kenton Hughes That Ronald Wooten being the Petitioner is sending a Motion to The Circuit Court of Madison County Anderson Indiana To Start a Lawsuit for the Sum of $25,000 (Twenty Five Thousand Dollars) The Petitioner will state in this Case and May File Criminal charges As well. charges Would be Kidnapping, Assault With Violent Intention, Battery With a dangerous weapon Namely a Glock 9 Pointed At My head By Multiple People including Kenton Hughes. Mr Wooten is giving This Notice Before Fileing and Court proceedings. Please Notice Also Mr. Wooten is accepting a offer of settlement Before Filing. Mr Wooten Will File Without settlement Not before 30 day's of Reciete of This Notice.

I Ronald T Wooten Certify That This Notice Was Delivered Via First class Mail on this 5th day of Febreary 2022.

Respectfully Submitted
Ronald Wooten
"In Proise"

Memorandum in Support

On 7-26-2021 While At Kenton Hughes Place of Residence and place of Employment Namely Peace of Mind Pest Control, At The Residence at Namely 2530 E. 450 N, Anderson, In 46012. I was held hostage and Beaten and Threatened Of My life. Mr Kenton Hughes Did This For Several hours and was Moved This The House Mr Wooten was forced To a Strip search in The House and Was Removed of all his belongings Encludeing My Cell Phone and other thing. Mr Wooten does have a total of 3 witness's That Will State The same. Mr Wooten was held By a Black Glock 9 Pistol Pointed At Him Many Times, 3 Times of which Was Pushed into his head. Mr Kenton Hughes Also pointed At Mr Wooten on two occations a sawed off Slot gun With Armor Pearcing Ammo The Ammo in The Black Glock 9 Pistol was Hollow Point as well. Mr Wooten was moved off The Property By a Friend of Mr Hughes and That Person Wishes to stay Annonomous As he will Be a Informant in This Case. Please Notice The Petitioner is Moveing The Court For charges of to be filed, Battery, Battery With a Dangerous Weapon, kiddnapping. These charges will Be filed After 30 Days if a agreed settlement is not Reached. Ronald Wooten

281255
NCCF P.O. Box A
New Castle, In 47362

Respectfully

[signature]

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $25,000.00

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

For Mr. Kenton Hughes Be Arrested and tried For charges of Battery, Kidnapping, Battery with a Dangerous weapon, Threat By Force, and to Pay in The Sum of $25,000.00 and All cost in lawsuit as well For him to be on probation and take anger Management I truly Don't Wish For him to Be put in prison as I know he Can Be a good Person.

E.   JURY DEMAND

☐   Jury Demand - I want a jury to hear my case
        OR
☒   Court Trial – I want a judge to hear my case

Dated this _7TH_ day of __March__ 20_22_.

Respectfully Submitted,

_(signature)_
Signature of Plaintiff

__281258__
Plaintiff's Prisoner ID Number

__N.C.F, 1000 Van Nuys RD, P.O. Box A__
__New Castle, In 47362__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒   I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.